ACCEPTED
03-15-00219-CV
6207530
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/24/2015 9:31:41 AM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-15-00219-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/24/2015 9:31:41 AM
JEFFREY D. KYLE
Clerk

**IN THE THIRD COURT OF APPEALS**
**AUSTIN, TEXAS**

HALLMARK SPECIALTY UNDERWRITERS, INC. and
HALLMARK SPECIALTY INSURANCE COMPANY, Appellants

v.

TEXAS MUTUAL INSURANCE COMPANY, Appellee

From the 98th Judicial District Court, Travis County, Texas

APPELLANTS HALLMARK SPECIALTY UNDERWRITERS, INC. and
HALLMARK SPECIALTY INSURANCE COMPANY's MOTION FOR
VOLUNTARY DISMISSAL

**TO THE HONORABLE COURT**

NOW COME Appellants Hallmark Specialty Underwriters, Inc. and Hallmark Specialty Insurance Company ("Appellants") and file this, their Motion for Voluntary Dismissal pursuant to Rule 42.1 of the Texas Rules of Civil Procedure and, in support thereof, would show as follows:

**I.**

The parties herein have resolved their differences regarding the present matter. Appellants therefore voluntarily dismiss the present appeal pursuant to

W:\WDOX\CLIENTS\1532\0676\00583341.DOCX

Rule 42.1 of the Texas Rules of Appellate Procedure and the parties agree that all appellate costs are to be paid by the party incurring same.

## II.

WHEREFORE, PREMISES CONSIDERED, Appellants pray that this court dismiss the present appeal in light of the parties' resolution of this matter.

Respectfully submitted,

CURNEY, FARMER,
HOUSE, & OSUNA, P.C.
411 Heimer Road
San Antonio, Texas  78232-4854
(210) 377-1990 (telephone)
(210) 377-1065 (facsimile)

By: */s/ Wm. David Farmer*
    **Wm. David Farmer**
    State Bar No. 06826470
    Email:  wdfarmer@cfholaw.com
    **Chad W. Schreiber**
    State Bar No. 24085732
    Email:  cschreiber@cfholaw.com

    *Attorneys for Appellants*
    *Hallmark Mutual Insurance*
    *Company and Hallmark*
    *Specialty Insurance Company*

## CERTIFICATE OF CONFERENCE

Opposing counsel has agreed to and is unopposed to Appellant's request under this Motion.

Date: July 24, 2015

By:  */s/ Wm. David Farmer*
    Wm. David Farmer

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following by Electronic Filing Service Provider (EFSP), email, hand delivery, facsimile, and/or certified mail, return receipt requested, on the 24th day of July, 2015:

*Via E-mail:* splacek@arnoldplacek.com
sarnold@arnoldplacek.com
jchaltain@arnoldplacek.com

R. Scott Placek
Scott Arnold
Jonathan Chaltain
Arnold & Placek, PC
203 East Main Street, Suite 201
Round Rock, Texas  78664
Telephone:  (512) 341-7044
Facsimile:   (512) 341-7921

*Trial Attorneys for Appellee*
*Texas Mutual Insurance Company*

*/s/ Wm. David Farmer*